FILED
 2010 Aug-25  AM 11:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **4:10-CR-00179-VEH-JEO** |
| | ) | |
| **SALVADOR RODRIGUEZ-VILLA** | ) | |

## MEMORANDUM OPINION AND ORDER

Before the court is the amended motion of the defendant to dismiss the indictment. (Doc. 8). The matter was referred to a magistrate judge for preliminary review and recommendation. On July 29, 2010, the magistrate judge entered a report and recommendation finding that the motion was due to be denied. (Doc. 11). No objections have been filed.

The court has considered the entire file in this action together with the magistrate judge's Report and Recommendation and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, the defendant's amended motion to dismiss the indictment is **DENIED**.

**DONE** and **ORDERED** this the 25th day of August, 2010.

                                                 **VIRGINIA EMERSON HOPKINS**
                                                 United States District Judge